IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNSE DESMON GILL                                                                                            PLAINTIFF

v.                                            Case No. 6:22-cv-06013

DR. GUY HENRY, Medical Provider at
the Ouachita River Correctional Unit of
the ADC; U.S. MAGISTRATE JUDGE
BARRY BRYANT; U.S. JUDGE SUSAN
O. HICKEY; VICKEY RAWLINGS; and
C. GARDNER                                                                                                    DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed March 14, 2022, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Ford recommended that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 4th day of April 2022.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**